E-FILED
Friday, 08 December, 2006  03:44:28 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | | |
|---|---|---|
| VIRGIN K BEDWELL. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-cv-1256 |
| v. | ) | |
| | ) | |
| DEPARTMENT OF VETERANS | ) | |
| AFFAIRS, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Before the Court is Magistrate Judge Byron Cudmore's Report and Recommendation (Doc.2).

Judge Cudmore's Report recommends that this Court dismiss Plaintiff's claim for failure to prosecute.  Plaintiff was mailed a copy of the Report and Recommendation on November 22, 2006.  Included in the Report was the following statement:

> Plaintiff is advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within ten working days after being served with a copy of this Report and Recommendation. See 28 U.S.C. § 636(b)(1).  Failure to file a timely objection will constitute a waiver of objections on appeal. Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986).  See Local Rule 72.2.

Plaintiff's time to object has elapsed and Plaintiff has not filed an objection.  Furthermore, Plaintiff has yet to pay his filing fee in this case.  Plaintiff was directed on October

19, 2006 to pay the filing fee by November 20, 2006 or risk dismissal of this case.  Plaintiff still has not paid the filing fee in this case.

A dismissal with prejudice for a plaintiff's failure to prosecute a case is appropriate when there is a clear record of delay or contumacious behavior, or when other sanctions have proved unavailing.  3 Penny Theater Corp. v. Plitt Theatres, Inc, 812 F.2d 337 (7th Cir. 1987).  In this case, not only is there a record of delay, but the Plaintiff has failed to object to the Report and Recommendation and failed to inform the Court of any steps he intends to take to pursue the claim. Furthermore, a failure to pay a filing fee normally leads to dismissal for want of prosecution.  Sperow v. Melvin, 153 F.3d 780 (7th Cir. 1998).  Accordingly, Plaintiff's claim is dismissed with prejudice for want of prosecution.

IT IS THEREFORE ORDERED that this Court ADOPT Magistrate Judge Byron Cudmore's REPORT AND RECOMMENDATION (Doc. 2) and this Matter be DISMISSED with prejudice for want of prosecution. CASE TERMINATED.

ENTERED this   8th   day of December, 2006.

                                       s/ Joe Billy McDade
                                          Joe Billy McDade
                                United States District Judge